## FRANK v. STATE.
### No. 22017.

Court of Criminal Appeals of Texas.
March 18, 1942.

Leon D. Lusk, of Houston, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted on a charge of aggravated assault and assessed a penalty of ninety days in jail.

The procedure appears to be regular. No statement of facts or bills of exception are presented, and there is nothing for this court to review.

The judgment of the trial court is affirmed.